# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND


**LAMONT DUDLEY, #410203**                *

                    **vs.**                *          **CIVIL ACTION NO.:  RDB-14-0343**

**WARDEN CAROLYN SCRUGGS**          *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## ENTRY OF APPEARANCE


**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

    Enter my appearance as counsel in this case for Plaintiff Lamont Dudley.


    I certify that I am admitted to practice in this court.


 12/13/2014                          /s/Randy E. McDonald
*Date*                                *Signature of Counsel*

                                   Randy E. McDonald                17656
                                  *Print Name*                    *Bar Number*

                                   Law Ofc. of Randy Evan McDonald, LLC
                                  *Firm Name*

                                   5576 Norbeck Road  Suite A #168
                                  *Address*

                                   Rockville, MD 20853
                                  *City/State/Zip*

                                   (240)491-7609
                                  *Phone No.*

                                   (301)710-0450
                                  *Fax No.*

                                   randyemcdonald@gmail.com
                                  *Email Address*